UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE ROBERT MONTAGUE, | ) | No. CV 13-1677-GHK(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DEPUTY PEREZ, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: 12/2/14

GEORGE H. KING
Chief United States District Judge